IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　Plaintiff-Appellee,<br><br>v.<br><br>XAVIER BECERRA, Secretary of U.S. Department of Health and Human Services; et al.,[1]<br><br>　　Defendants-Appellants. | No. 20-15398 |
| COUNTY OF SANTA CLARA; et al.,<br><br>　　Plaintiffs-Appellees,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services,<br><br>　　Defendants-Appellants. | No. 20-15399 |

---

[1] Secretary Becerra has been automatically substituted for Acting Secretary Norris Cochran pursuant to Federal Rule of Appellate Procedure 43(c)(2). Secretary Becerra is recused from this litigation.

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the U.S Department of Health & Human Services, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendants-Appellants. | No. 20-16045 |
| STATE OF WASHINGTON,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>XAVIER BECERRA and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendants-Appellants. | No. 20-35044 |

**UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEALS**

Pursuant to Federal Rule of Appellate Procedure 42(b), defendants-appellants Xavier Becerra, Secretary of the U.S. Department of Health and Human Services (HHS), Melanie Fontes Rainer, Director, Office for Civil Rights, HHS, and HHS hereby move to dismiss these appeals, with each party to bear its own costs. Counsel for plaintiffs-appellees have authorized us to state that they do not oppose this motion.

2

Respectfully submitted,

MICHAEL RAAB
LOWELL V. STURGILL JR.
SARAH CARROLL

/s/ *Leif Overvold*

LEIF OVERVOLD
  Attorneys, Appellate Staff
  Civil Division, Room 7226
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530
  (202) 532-4631
  leif.overvold2@usdoj.gov

FEBRUARY 2024

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32, I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 68 words, according to the count of Microsoft Word.

        s/ *Leif Overvold*
        LEIF OVERVOLD